# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 07-238 (PJS/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| **Daniel Steven Atchison,** | |
| Defendant. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Atchison's motion to suppress statements (Doc. No. 21) is **GRANTED.**

2. Atchison's other motions to suppress (Doc. Nos. 20, 24) are **DENIED.**

Dated this 31st day of October, 2007.

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge